IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 4313 |
| | ) | |
| TARRY WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | Hon. Virginia M. Kendall |

## MOTION FOR LEAVE TO APPEAR

The undersigned, Jon Loevy, hereby respectfully requests that this Court grant him leave to appear as counsel of record for Plaintiff Patrick Pursley in this case. In support of his request, Mr. Loevy states as follows:

1. Plaintiff has decided to retain the law firm of Loevy & Loevy to represent him in this case.

2. The undersigned therefore requests leave of this Court to file an appearance as counsel for Plaintiff in this case.

3. This motion will not cause any delay to the case or prejudice any party.

Wherefore Mr. Loevy respectfully requests leave of this Court to file his appearance as counsel of record for Plaintiff Patrick Pursley in this case.

Respectfully submitted,

/s/ Jon Loevy
Jon Loevy
Attorney for Plaintiff


Jon Loevy
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900

2

## **CERTIFICATE OF SERVICE**

  I, Jon Loevy, an attorney, certify that on June 28, 2017, I caused the foregoing Motion for Leave to Appear to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

            /s/ Jon Loevy
            Jon Loevy
            Attorney for Plaintiff