6823 MRS/PJS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PURSLEY<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN TARRY WILLIAMS, ILLINOIS DEPARTMENT OF CORRECTIONS, SALVADORE GODINEZ, DOCTOR SALEH OBAYSE, KEVIN HOLLARAN (CEO WEXFORD HEALTH SOURCES),<br><br>    Defendants. | Case No. 15 CV 4313<br><br>Hon. Judge Virginia M. Kendall |

### *UNOPPOSED* MOTION FOR ENTRY OF
### GENERAL CONFIDENTIALITY/PROTECTIVE ORDER

NOW COMES the Defendant, WEXFORD HEALTH SOURCES, INC. ("Wexford"), by and through its attorneys, CUNNINGHAM, MEYER & VEDRINE, P.C., and hereby moves for entry of an agreed General Confidentiality/Protective Order in this matter:

    1. Plaintiff, a former inmate who was in the custody of the Illinois Department of Corrections, has filed a case alleging deliberate indifference in the provision of his medical care. In connection with that lawsuit, the production and disclosure of sensitive documents will likely be required.

    2. Given the sensitive nature of the potential documents that will be sought, Defendant Wexford requests that a General Confidentiality / Protective Order be entered to cover the production of such documents.

    3. Counsel for Plaintiff participated in the drafting of the proposed protective order, and does not oppose the instant motion seeking entry of that proposed order.

6. Pursuant to this Court's case procedures, a copy of the proposed order will be submitted to this Court's proposed order inbox (Proposed_Order_Kendall@ilnd.uscourts.gov). Counsel for all other parties will be copied on that email.

WHEREFORE, Defendant Wexford respectfully requests that this Honorable Court enter the agreed proposed General Confidentiality/Protective Order in this matter.

        Respectfully submitted,

        CUNNINGHAM, MEYER & VEDRINE, P.C.

        /s/ Terry S. Lu
        Terry S. Lu (ARDC #6313383)
        CUNNINGHAM, MEYER & VEDRINE, P.C.
        One East Wacker Drive, Suite 2200
        Chicago, Illinois 60601
        Tel: (312) 578-0049
        Fax: (312) 578-0247
        E-Mail: tlu@cmvlaw.com