IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PURSLEY, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN TARRY WILLIAMS, ILLINOIS DEPARTMENT OF CORRECTIONS, SALVADORE GODINEZ, DOCTOR SALEH OBAYSE, KEVIN HOLLARAN (CEO WEXFORD HEALTH SOURCES), <br><br> Defendants. | Case No. 15 CV 4313 <br><br> Hon. Judge Virginia M. Kendall |

## NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

**YOU ARE HEREBY NOTIFIED** that at **9:00 a.m.** on the **22nd day of January, 2018**, I shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Unopposed* **Motion for Entry of General Confidentiality/Protective Order**, a copy of which is hereby served upon you.

/s/ Terry S. Lu_____
Terry S. Lu, #6313383
CUNNINGHAM, MEYER & VEDRINE, P.C.
One East Wacker Drive, Suite 2200
Chicago, Illinois 60601
Tel: (312) 578-0049
Fax: (312) 578-0247
E-Mail: tlu@cmvlaw.com

## PROOF OF SERVICE BY E-FILING

I, Terry Lu, certify that, on January 17, 2018, I have caused a true and correct copy of the above document to be sent via e-filing to all counsel of record, in accordance with the rules on electronic filing of documents.

/s/ Terry S. Lu_____