Patrick Pursley
         Plaintiff,

v.                 Case No.: 1:15−cv−04313
                 Honorable Virginia M. Kendall

Ghaliah Obaisi, et al.
         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2018:

  MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 4/16/2018. End of Fact Discovery is extended and ordered closed by 5/30/2018. End of Fact Discovery Status hearing set for 5/31/2018 at 9:00 AM. Parties shall be prepared to report who they intend to be calling as a witness. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.