# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK PURSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15 CV 4313 |
| | ) | |
| v. | ) | Honorable Judge Virginia M. Kendall |
| | ) | Hon. Magistrate Judge M. David Weisman |
| TARRY WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

Undersigned counsel, Assistant Attorney General Michael M. Powell, submits the following substitution for Attorney Erik H. Johnson as counsel for Defendants Tarry Williams, Randy Pfister, Jermiagh Daly, James Louch, and Jon Luchsinger pursuant to Local Rule 83.17. Attorney Johnson was, and undersigned counsel is, an attorney with the Office of the Attorney General of Illinois. Attorney Johnson will no longer represent Defendants and the undersigned respectfully requests that he be withdrawn as counsel.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| LISA MADIGAN |  |  |
| Attorney General of Illinois | By: | s/ *Michael M. Powell* |
|  |  | MICHAEL M. POWELL |
|  |  | Assistant Attorney General |
|  |  | 100 West Randolph St., 13th Flr. |
|  |  | Chicago, Illinois 60601 |
|  |  | (312) 814-4491 |
|  |  | mpowell@atg.state.il.us |

## CERTIFICATE OF SERVICE

On July 5, 2018, the undersigned electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                              Respectfully submitted,

By:    s/ *Michael M. Powell*
          MICHAEL M. POWELL